# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

**DOCKET #**

FILED IN CLERK'S OFFICE

2022 JUN 27 PM 1: 23

DISTRICT COURT

## CURTIS HOWELL V. MASSACHUSETTS BUS TRANSIT AUTHORITY, MASS TRANSPORTATION DEPT,

**PLAINTIFFS,**

CURTIS HOWELL, 234 GIBSON STREET LOWELL, MASS. 01851

**DEFENDANTS,**

1. MASSACHUSETTS BUS TRANSIT AUTHORITY, 10 PARK PLZ STE 5610 BOSTON, MASS. 02116,

2. MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, 10 PARK PLZ STE 5610 BOSTON, MASS. 02116,

## COMPLAINT

1. ON THE 8TH OF JUNE I WAS ON THE MASSACHUSETTS TRANSIT AUTHORITY TRAIN SYSTEM WHICH I WAS COMING FROM ST. MARYS STOP ON THE GREEN LINE. I HAD MY BOOK BAG WHICH WAS AN ARMY GREEN BAG AND I HAD A PLASTIC LAUNDRY BAG THAT CONTAIN A BUNCH OF LEGAL PAPERS, FULL OF THE RECORD OF MY PROCEEDINGS IN THE FEDERAL COURT **121-CV-1197-AK, 121-CV-11976-JGD, 121-CV-11978-ADB, 121-CV-11979-ADB**. THIS INCLUDIED MY MOTIONS, THIS INCLUDED MY LATEST AMENDED COMPLAINTS SENT TO THE FEDERAL COURT. THIS INCLUDED RECORD OF MY TRIP TO THE FEDERAL DISTRICT COURT HOUSE OF MASSACHUSETTS ON 6/8/22 AT 4:00-5:00PM.

2. I SUBMITTED ANOTHER AMENDED COMPLAINT THAT HAD ALREADY BEEN SENT ON 5/18/22 THAT WAS NOT DOCKETED FOR 121-CV-11974-AK. ALSO I REQUESTED DOCUMENTS FROM THE APPEALS COURT TO SUBMIT (**CIVIL ENTRY FORMS**) SO THAT I COULD ENTER MY APPEAL. I WAS UNABLE TO SUBMIT MY APPEAL BY HAND DELIVERY CAUSE THE DISTRICT COURT JUDGE DID NOT SUBMIT THE DOCKET RECORD. SO I REQUSTED THE RECORD FROM THE DISTRICT COURT WHICH THE PAPERS IN MY BAG WAS PROOF OF THIS VISIT AND SUPPORTS MY **$60,000,000 MILLION-DOLLAR COONTROVERSY IN COURT**.

3. ALSO IN MY BAG WAS MY PROFESSIONAL HAIR CLIPPERS FOR WORKING CUTTING HAIR, (WHICH ALSO CONTAINED SOME OF MY HAIR PARTICLES). AND CORDS TO MY PHONE AND MY LAPTOP THAT I USE FOR BUSINESS ESPECILLAY SEEING THAT I WAS JUST ROBBED FOR MY OTHER BUSINESS PHONES ON 5/17/22, 5/20/22. THE LAPTOP CONTAINED ANOTHER **221 SONGS** IN IT AND THE PREVIOUS PHONES THAT WERE STOLEN CONTAINED **731 SONGS** IN IT. THIS WAS SEVERED FROM THE OTHER THEFT. THE **221 SONGS** IN IT WAS WORTH **A PROFIT MARGIN OF 10 BILLION DOLLARS**. LIKE-WISE THE PHOTGRAPHS AND THE COMPLAINTS IN THE PHONE WERE WORK PRODUCT RELATING TO POTENTIAL FUTURE CIVIL ACTIONS, DEFENSES AGAINST LEGAL ACTION AND RELATED TO INVENTIONS AND MOVIE SCRIPTS. EACH PHONE AND LAPTOP HAS DIFFERENT EMAILS ATTACHED CURTIS HOWELL810@ICLOUD.COM, IT ALSO CONTAINED REHABILITATION, HOUSING, MEDICAL RECORDS, AS WELL AS RELIGIOUS MUSIC, WRITTINGS AND LESSONS THAT WERE INTELLECTUAL PROPERTIES, AS WELL AS RESEARCH. TRAMPORLEAN.BRLYZ@ICLOUD.COM AND ABOVEGOV.ORG@ICLOUD.COM. ALSO IN THE BAG RELATED TO POLICE REPORTS I SENT TO THE BOSTON POLICE DEPARTMENT RELTING TO THE THEFTS OF MY PHONES. ALSO THERE WERE THREE CHARGES IN THE BAG INCLUDING A LAPTOP CHARGER WHICH WAS A **MACBOOK**.

4. I NOTICED WHEN I GOT OFF AT THE PARK STREET STOP I LEFT THE BAG IN THE CHAIR AND BEFORE THE DOORS CLOSED I TRIED TO GET BACK ON THE TRAIN OPERATOR CLOSED THE DOOR AND PULLED OFF.
5. I GOT IMMEDIATELY ON THE TRAIN AFTER THE (C-LINE / GREEN LINE), THEN WENT TO THE GOVERNMENT CENTER STOP. I SEEN THE TRAIN I WAS ON SUDDENLY TURN INTO THE BOSTON COLLEGE TRAIN IT APPEARED. I ASKED THE TRAIN OPERATOR TO CONTACT THE GUY WHO IS OPERATING THE TRAIN TO SEE ABOUT MY BAG WITH MY PROPERTY. HE THEN CONTACTED THE DISPATCH AND TALKED TO THEM AND THEY SAID I WILL GET IT BACK STAY AT GOVERNMENT CENTER.
6. I STAYED AT GOVERNMENT CENTER AND WHAT WAS BROUGHT BACK WAS NOT A PLASTIC BAGIT WAS A WOMENS BAG ALL OF A SUDDEN AND MY PLASTIC BAG WAS NOT THERE.
7. THE VIDEO SURVEILLANCE AT THE GOVERNMENT CENTER ON 6/8/22 AT 9:00PM-12:00AM WOULD SHOW THAT SOMEONE GOT OFF AT GOVERNMENT CENTER WITH MY PLASTIC TARGET BAG AND OR GOT OFF AT PARK STREET WITH MY PLASTIC BAG, I ASKED THE STAFF TO CHECK THE CAMERAS TO FIND OUT BUT THEY SAID THEY COULDN'T WHICH WAS A WHITE SHIRT CONDUCTER AT GOVERNMENT CENTER.
8. I WENT BACK TO THE PARK STREET STOP AND ASKED THE STAFF DID THEY SEEN THE PLASTIC BAG AND LAPTOP (MACBOOK). THE WHITE SEARCH ALSO SAID NO.
9. THE NEXT DAY I WENT TO THE RESERVOIR ON THE (GREEN LINE/ TRAIN C) and ASKED IF MY BAG WAS ON THE TRAIN BUT IT WAS NOT ACCORDING TO THIS STAFF MEMBERS.
10. ALSO IN THE BAG WAS MY DISABILITY PASS WHICH SOMEONE HAD APPARENTLY BEEN USING FROM THEFT OF MY PROPERTY ON THE (T) PREVIOUSLY AS I SHOWED THE RED SHIRT STAFF AT CHINA TOWN 6/9/22 APPROXIMATELY 5:00PM-6:00PM. ALONG WITH THAT MY LIBRARY CARD BOTH STOLEN FROM ME AND IM DEPRIVED OF MY PROPERTY.
11. I GATHERED ALL THE INFORMATION PERTAINING TO THE TRAIN RUNNING, ANOTHER FEMALE OPERATOR STOP THE TRAIN AND ASSISTED ME TO GET THE PROPERTY BACK AS SHE SEEMED AS IF IT HAD BEEN RETURNED (PINK HAIR OPERATOR).

**STATEMENT OF CLAIMS / RIGHT OF ACTION:**          **(FEDERAL JURISDICTION CASE 28 USC 1331),**

A. THE MASSACHUSETTS TRANSIT BUS AUTHORITY AND ITS STAFF DENIED ME PUBLIC ACCOMMODATION AND REASONABLE ACCOMODATION RELATING TO ALLOWING ME TO GET BACK ON THE TRAIN AND ALLOW ME TO GET MY PROPERTY WHEN I WAIVED TO OPEN THE DOORS.

1. 42 USC 1981, 42 USC 1985, 42 USC 1986, 42 USC 2000a-1, 42 USC 2000a-2, 42USC 2000a-6, 42 USC 2000C-8, 42 USC 2000d, 42 USC 2000d-1, 42 USC 2000d-7, 42 USC 2000e-5, e-8, 42 usc 2000bb-1,bb-3

B. THE MASSACHUSETTS TRANSIT BUS AUTHORITY DISCRIMINATED ME AS A HANDICAPPED PERSON TO NOT ALLOW ME ON THE TRAIN TO GET MY PERSONAL BELONGINGS AND INSTEAD PULLED OFF.

2. 42 USC 1981, 42 USC 1985, 42 USC 1986, 42 USC 2000a-1, 42 USC 2000a-2, 42USC 2000a-6, 42 USC 2000C-8, 42 USC 2000d, 42 USC 2000d-1, 42 USC 2000d-7, 42 USC 2000e-5, e-8, 42 usc 2000bb-1,bb-3

C. THE MASSACHUSETTS TRANSI AUTHORITY DENIED ME THE PUBLIC ACCOMMODATION AND REASONABLE ACCOMMODATION TO HAVE ACCESS/ OR SERVICES BY THE STAFF MEMBERS TO GET INFORMATION FROM THE CAMERAS ON SCENE TO FIUND OUT WHERE MY BELONGINGS HAD BEEN TAKEN TO. NOR DID THEY CALL THE RESERVOIR TO ASK ABOUT THE PROPERTY FOR ME.

3. 1. 42 USC 1981, 42 USC 1985, 42 USC 1986, 42 USC 2000a-1, 42 USC 2000a-2, 42USC 2000a-6, 42 USC 2000C-8, 42 USC 2000d, 42 USC 2000d-1, 42 USC 2000d-7, 42 USC 2000e-5, e-8, 42 usc 2000bb-1,bb-3

D. THE MASSACHUSETTS TRANSIT AUTHORITY DISCRIMINATED AGAINST ME BY NOT ALLOWING ME ACCES AND OR SERVICES TO GET INFORMATION ABOUT WHO TOOK MY BELONGINGS BEING THAT I WAS TOLD THAT THEY COULD NOT VIEW THE CAMERAS. NOR DID THEY CALL THE RESERVOIR TO ASK ABOUT THE PROPERTY FOR ME.

4. 42 USC 1981, 42 USC 1985, 42 USC 1986, 42 USC 2000a-1, 42 USC 2000a-2, 42USC 2000a-6, 42 USC 2000C-8, 42 USC 2000d, 42 USC 2000d-1, 42 USC 2000d-742 USC 2000e-5, e-8, 42 usc 2000bb-1,bb-3

E. THE MBTA HAS DENIED ME THE ABILTY TO WORK, RECEIVE EMAILS, SEEK REHABILITATION AND SERVICES FROM THE GOVERNMENT RELATING TO HOUSING AND SAFETY, FOOD AND TRANSPORTATION AT NIGHT DUE TO DENIAL OR RETURN OF MY PHONE CHARGERS AND LAPTOP.

5. 1. 42 USC 1981, 42 USC 1985, 42 USC 1986, 42 USC 2000a-1, 42 USC 2000a-2, 42USC 2000a-6, 42 USC 2000C-8, 42 USC 2000d, 42 USC 2000d-1, 42 USC 2000d-7, 42 USC 2000e-5, e-8, 42 usc 2000bb-1,bb- 3

F. I WAS DENIED MY RIGHTS TO REHABILITATION BY HAVING TO WALK AND BOARD ON AND OFF BUSES LOOKING FOR MY PROPERTY WITH BAD KNEE INJURIES AND MY DISABILITY WITH MY HEAVY BAG WHEN IT WAS KNOWN OR COULD HAVE BEEN KNOWN BY USE OF SURVEILLANCE FOOTAGE WHO TOOK MY PROPERTY.

6. 42 USC 1981, 42 USC 1985, 42 USC 1986, 42 USC 2000a, 42 USC 2000a-1, 42 USC 2000a-2, 42USC 2000a-6, 42 USC 2000C-8, 42 USC 2000d, 42 USC 2000d-1, 42 USC 2000d-7, 42 USC 2000e-5, e-8, 42 usc 2000bb-1, bb-3

7. THE MASSACHUSETTS TRANSIT AUTHORITY PERMANENTLY DEPRIVED ME OF PROPERTY OVER 10 BILLION DOLLARS INCLUDING MY INTELLECTUAL PROPERTIES. LIKE-WISE I WAS DEPRIVED RELIGIOUS WRITTINGS THAT I MADE, RELIGIOUS MUSIC, SELF EMPLOYMENT WORK PRODUCT, EXERCISE INTELLECTUAL PORPERTIES AND RESEARCH, GRANT WRITTINGS 10 MILLION PROPOSALS, MEDICAL RECORDS, MY HAND CLIPPERS FOR WORK AND SO ON. **WHICH IS A HIGH THEFT. THEN MADE AN ATTEMPT TO OBSTRUCT JUSTICE AND MISLEAD THE DISABLED PESON SUCH AS MYSELF TO GATHER THE PROPERTY BACK.**

1. 42 USC 1981, 42 USC 1985, 42 USC 1986, 42 USC 2000a-1, 42 USC 2000a-2, 42USC 2000a-6, 42 USC 2000C-8, 42 USC 2000d, 42 USC 2000d-1, 42 USC 2000d-7, 42 USC 2000e-5, e-8, 42 usc 2000bb-1,bb-3

**RELIEF SOUGHT FOR VIOLATIONS OF RIGHTS,**

1. I SEEK RELIEF FOR $50, 000,000 MILLION DOLLARS CAUSE MY INTELLECTUAL PROPERTIES WERE STOLEN OUT OF MY LAPTOP, THEN MY HAIR CLIPPERS WERE STOLEN OUT OF MY BAG AND MY PHONE CORDS AND CHARGERS WHICH PREVENTS ME TO CONDUCT **MY BUSINESS AND RESEARCHING**. PREVENTS ME TO

FILE REPORTS FOR SECURITY DURING THE NIGHT HOURS AND AGAINST DANGERS AND DENIES ME THE SBILITY TO SEEK RESOURCES AT NIGHT IN THE COMMUNITIES. NOR CAN'I DO BUSINESS AND NOR CANNOT MAKE PHONE CALLS.


RESPECTFULLY,

*Curtis Howell* (signature)

CURTIS HOWELL

6/11/22)